# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRENDA PAINTER**                                                          **PLAINTIFF**

V.                              **CASE NO.: 1:10CV00059 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

Plaintiff Brenda Painter's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 14th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE